947 F.2d 937
 Tismo (Francisco), Taruc Jerry, Sampiano (Sam B.), Salvador
(Tagnawa), Bucaneg (Uldarico C. Jr.), Alday (Rufo A.), Taruc
(Ireneo O.), Condeno (Yolanda), Glorioso (Eduvigio A.),
Gloria (Armando), Cantal (Renato C.), Catapusan (James),
Ocumin (Antonio Jr.), Sison (Edgardo S.), Lacson (Aniceto G.)
v.
M/V Ippolytos, Her Engines, Boilers, Tackle, Appurtenances,
Cargo, Prometheus Maritime Corp., Guise Shipping
Enterprises Co., Outlook Shipping Ltd.
*
 NO. 91-5288
 United States Court of Appeals,
Third Circuit.
 OCT 21, 1991
 
 Appeal From: D.N.J.,
 Bissell, J.
 
 
 1
 AFFIRMED.
 
 
 
 *
 This change from the docket sheet reflects the correct spelling of the appellee's name